# The Young Law Firm, PC

1001 South Harrison, Suite 200
Amarillo, Texas 79101
Phone:  806.331.1800
Fax:  806.398.9095

July 29, 2013
Invoice: Sample
Due Upon Receipt

Matthew Wilson
2205 Berkley
Brownwood, TX 76801

### RE:   Wilson, Matthew v. Anderson Perforating, Inc.

## SERVICES

| Date | Staff | Description | Quantity | Rate | Amount |
|------|-------|-------------|----------|------|--------|
| 03-27-13 | JKY | Travel to Granbury for interviews with Josh Tate and Justin Dobbs and Brad Boyd | 4.00 | $395.00 | $1,580.00 |
| | JKY | Interviews with Josh Tate and Justin Dobbs to discuss case and review documents | 2.00 | $395.00 | $790.00 |
| | JKY | Return travel to Amarillo from interviews with Josh Tate and Justin Dobbs | 4.00 | $395.00 | $1,580.00 |
| | RL | Call from Brad Boyd regarding JKY's contact information | 0.00 | $195.00 | $0.00 |
| | RL | Call Wilson regarding Declaration | 0.10 | $195.00 | $19.50 |
| | RL | E-mail Wilson regarding declaration | 0.10 | $195.00 | $19.50 |
| 03-28-13 | JKY | Email to Justin Dobbs about draft declaration | 0.40 | $395.00 | $158.00 |
| | RL | Review e-mail from JKY to Dobbs | 0.10 | $195.00 | $19.50 |
| 03-29-13 | SB | Scan and save documents to file | 0.00 | $110.00 | $0.00 |
| 04-01-13 | JKY | Emails with co-counsel about getting Wilson's declaration returned | 0.10 | $395.00 | $39.50 |
| | RL | Call Wilson regarding Declaration | 0.10 | $195.00 | $19.50 |
| | RL | Draft letter to Wilson regarding Declaration | 0.30 | $195.00 | $58.50 |

**EXHIBIT**
**A-1**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-02-13 | JKY | Review Defendant's Answer and Certificate of Interested Parties | 0.60 | $395.00 | $237.00 |
| | RL | Review Defendant's Answer; e-mail JKY about same | 0.30 | $195.00 | $58.50 |
| | SB | Review emails of electronic filings of Ans. and Defendant's Certificate of Interested Persons | 0.20 | $110.00 | $22.00 |
| 04-03-13 | JKY | Review court's order requiring scheduling conference | 0.40 | $395.00 | $158.00 |
| | RL | Continue working on Motion for Conditional Certification by adding information from the Tate Declaration | 0.10 | $195.00 | $19.50 |
| | RL | Review Order and Advisory from Court regarding Proposed Scheduling Order | 0.10 | $195.00 | $19.50 |
| 04-04-13 | RL | Draft Scheduling and Docket Control Order | 1.50 | $195.00 | $292.50 |
| 04-11-13 | JKY | Phone call with Brad Boyd about getting Dobbs declarations | 0.10 | $395.00 | $39.50 |
| | JKY | Phone call with Josh Tate about declarant Justin Dobbs | 0.20 | $395.00 | $79.00 |
| | JKY | Prepare draft Declaration of Justin Dobbs | 1.00 | $395.00 | $395.00 |
| 04-12-13 | JKY | Phone call and emails with Justin Dobbs about declaration in support of Motion for Notice | 0.30 | $395.00 | $118.50 |
| | JKY | Review Consent and Declaration from Dobbs; emails to staff about filing same and incorporating into Motion for Notice | 0.30 | $395.00 | $118.50 |
| | JKY | Review and revise First Notice of Filing Opt-In Consent (Dobbs, J) | 0.10 | $395.00 | $39.50 |
| 04-15-13 | RL | Revise Motion for Conditional Certification and Notice to include Dobbs Declaration | 0.30 | $195.00 | $58.50 |
| | SB | Review emails sending Declaration, Consent and Information Sheet for Justin Dobbs; review email from JKY regarding filing Dobbs Consent; prepare First Notice of Filing Consent; email JKY to review; file Notice; review email from JKY regarding wrong Consent being attached; amend and re-file First Notice of Filing Opt-In Consents | 0.50 | $110.00 | $55.00 |
| 04-16-13 | JKY | Email and text with Matt Wilson about Motion for Notice and supporting declaration | 0.20 | $395.00 | $79.00 |
| | JKY | Review, revise and research for Motion for Notice | 1.50 | $395.00 | $592.50 |
| | RL | Review e-mail from JKY regarding supreme court opinion; respond to same | 0.10 | $195.00 | $19.50 |
| | RL | Call Wilson regarding Declaration | 0.10 | $195.00 | $19.50 |
| | RL | Revise Motion for Conditional Certification; Proposed Notice, and Proposed Consent | 0.60 | $195.00 | $117.00 |

| | | | | | |
|---|---|---|---|---|---|
| | SB | Review email from JKY regarding Matthew Wilson declaration | 0.50 | $110.00 | $55.00 |
| | SB | Review email from JKY regarding finding Court opinion; online research for same; phone call with Brad Boyd regarding same | 1.00 | $110.00 | $110.00 |
| | SB | Create hard file | 0.00 | $110.00 | $0.00 |
| 04-17-13 | JKY | Continued review and revision of Motion for Conditional Certification and Notice | 2.80 | $395.00 | $1,106.00 |
| | JKY | Phone call with Brad Boyd about Wilson's declaration | 0.30 | $395.00 | $118.50 |
| | RL | Calculate Tate's correct overtime rate and pay; research case law regarding non-discretionary commission payments must be included in calculating the regular rate | 1.50 | $195.00 | $292.50 |
| | RL | Review and revise Motion for Conditional Certification, Notice, and Consent | 0.50 | $195.00 | $97.50 |
| | RL | Draft Proposed Order on Motion for Conditional Certification | 0.10 | $195.00 | $19.50 |
| | SB | Review and respond to email from JKY regarding Tate's paystubs; prepare same for filing | 0.40 | $110.00 | $44.00 |
| | SB | Review emails from JKY regarding Motion for Notice; email to RL regarding proposed order; file proposed order; review email from JKY regarding calendaring response deadline | 1.00 | $110.00 | $110.00 |
| | TJY | Review of damages calculations | 0.20 | $110.00 | $22.00 |
| 04-18-13 | RL | Draft Interrogatories and Requests for Production to Defendant | 1.80 | $195.00 | $351.00 |
| 04-19-13 | JKY | Research and prepare draft proposed settlement agreement | 0.60 | $395.00 | $237.00 |
| 04-23-13 | JKY | Phone call with John Smart about extension on response to Motion for Notice and preliminary discussion of settlement; meeting with Rhonda to discuss same and begin preparing settlement proposal | 0.90 | $395.00 | $355.50 |
| | JKY | Review Motion for Extension of Time emailed by Marcus Brown; email comments regarding same | 0.20 | $395.00 | $79.00 |
| | RL | Discuss call from opposing counsel with JKY and possible settlement alternatives; begin drafting letter to opposing counsel regarding items needed to settlement proposal | 0.70 | $195.00 | $136.50 |
| 04-24-13 | JKY | Prepare for and participate in 26f Conference | 2.30 | $395.00 | $908.50 |
| | JKY | Review Order Granting Unopposed Motion for Extension of Time to File Response/Reply | 0.10 | $395.00 | $39.50 |
| | JKY | Phone call with Brad Boyd regarding settlement overtures | 0.10 | $395.00 | $39.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | JKY | Review and revise draft Scheduling and Docket Control Order; discuss same with RL | 0.90 | $395.00 | $355.50 |
| | RL | Continue drafting letter regarding settlement options to defense counsel | 0.60 | $195.00 | $117.00 |
| | RL | 26f Conference call with JKY and Smart | 0.50 | $195.00 | $97.50 |
| | RL | Review e-mail from JKY to Smart | 0.10 | $195.00 | $19.50 |
| | RL | Draft Proposed Scheduling Order; e-mail JKY about same | 0.40 | $195.00 | $78.00 |
| | SB | Review email from JKY regarding Scheduling Order; email to JKY; review email of electronic filing of Order Granting Motion for Extension to File Response to Motion for Notice | 0.40 | $110.00 | $44.00 |
| | SB | Review and respond to email from JKY regarding Non Consent to Magistrate Judge | 0.10 | $110.00 | $11.00 |
| | SB | Scan and save documents to network | 0.00 | $110.00 | $0.00 |
| 04-25-13 | JKY | Review and revise draft Proposed Scheduling Order | 0.50 | $395.00 | $197.50 |
| | JKY | Review and revise draft Proposed Scheduling Order | 0.20 | $395.00 | $79.00 |
| | RL | Continue drafting Proposed Scheduling Order | 0.60 | $195.00 | $117.00 |
| | SB | Review email from JKY to counsel sending Joint Discovery Control Plan | 0.10 | $110.00 | $11.00 |
| 04-30-13 | JKY | Phone call with Brad Boyd about settlement scenarios | 0.40 | $395.00 | $158.00 |
| 05-01-13 | JKY | Review Defendant's proposed changes to scheduling order and draft "clawback" order | 0.60 | $395.00 | $237.00 |
| | JKY | Review and analysis of Response to Motion for Notice | 0.20 | $395.00 | $79.00 |
| | RL | Review e-mails between JKY and opposing counsel and attachment | 0.30 | $195.00 | $58.50 |
| | RL | Review Response to Motion for Conditional Certification and begin researching for reply to same | 0.40 | $195.00 | $78.00 |
| | SB | Review emails between Marcus Brown and JKY regarding changes to Scheduling Order | 0.20 | $110.00 | $22.00 |
| | SB | Review emails of electronic filings; print Agreed Scheduling Order for JKY and for calendaring; review email from JKY regarding Reply date to Response to Motion for Notice; respond to JKY email and calendar due date | 0.00 | $110.00 | $0.00 |
| 05-02-13 | JKY | Emails with Rhonda Luginbyhl about reply in support of Motion for Notice | 0.30 | $395.00 | $118.50 |

| | | | | | |
|---|---|---|---|---|---|
| | RL | Research for Reply to Response to Motion for Conditional Certification | 3.90 | $195.00 | $760.50 |
| 05-03-13 | JKY | Review Defendant's Advisory to the Court | 0.10 | $395.00 | $39.50 |
| | RL | Continue researching for Reply to Response to Motion for Conditional Certification | 3.80 | $195.00 | $741.00 |
| | RL | Review Advisory to the Court filed by Defendant | 0.10 | $195.00 | $19.50 |
| 05-06-13 | RL | Draft Reply to Response to Motion for Conditional Certification | 4.40 | $195.00 | $858.00 |
| 05-07-13 | JKY | Review and revise Reply in Support of Motion for Notice; email to Rhonda Luginbyhl about same | 0.40 | $395.00 | $158.00 |
| | JKY | Further review and revisions to Reply in Support of Motion for Notice | 0.20 | $395.00 | $79.00 |
| | JKY | Final review and revisions to Reply in Support of Motion for Notice | 1.50 | $395.00 | $592.50 |
| | JKY | Continue drafting Joint Notice of Settlement and Opportunity to File Consent to Join Form | 2.00 | $395.00 | $790.00 |
| | RL | Work on Reply to Response to Motion for Conditional Certification | 1.30 | $195.00 | $253.50 |
| 05-08-13 | JKY | Phone call with John Smart about structure of settlement talks; meeting with Rhonda about same | 1.50 | $395.00 | $592.50 |
| | JKY | Begin drafting Joint Notice of Settlement and Opportunity to File Consent to Join Form | 0.80 | $395.00 | $316.00 |
| | JKY | Finalize Reply in Support of Motion for Notice | 1.00 | $395.00 | $395.00 |
| | RL | Draft Joint Motion to Abate Decision on Plaintiffs' Motion for Conditional Certification and Notice and Proposed Order on same | 0.50 | $195.00 | $97.50 |
| | SB | Calendar deadline from Scheduling Order | 0.00 | $110.00 | $0.00 |
| 05-09-13 | RL | Revise Motion to Abate and Proposed Order on same; e-mail opposing counsel regarding same | 0.10 | $195.00 | $19.50 |
| | RL | Call Brown and Smart regarding Joint Motion to Abate | 0.20 | $195.00 | $39.00 |
| | SB | Review email of electronic filing of Reply to Response to Motion for Conditional Certification; save to network | 0.00 | $110.00 | $0.00 |
| | SB | Draft Rule 26(a)(1) Disclosures to Defendant; email JKY and RL that these are done | 0.50 | $110.00 | $55.00 |
| | SB | Review email from Rhonda Luginbyhl to Counsel sending Motion to Abate | 0.10 | $110.00 | $11.00 |
| 05-10-13 | JKY | Emails with defense counsel about Motion to Abate | 0.10 | $395.00 | $39.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | SB | File Joint Motion to Abate On Motion for Conditional Certification | 0.20 | $110.00 | $22.00 |
| 05-13-13 | JKY | Review Rule 26 Disclosures | 0.40 | $395.00 | $158.00 |
| | JKY | Draft Joint Stipulation of Settlement | 2.50 | $395.00 | $987.50 |
| | SB | Review email from JKY stating that Rule 26(a)(1) Disclosures are ready; modify Disclosures to reflect today's date; prepare letter to Smart sending Disclosures | 0.00 | $110.00 | $0.00 |
| 05-14-13 | JKY | Continue review, revision to and drafting of Stipulation and Settlement Agreement | 2.10 | $395.00 | $829.50 |
| 05-15-13 | JKY | Finalize draft Stipulation of Settlement and Motion to Approve | 3.00 | $395.00 | $1,185.00 |
| | JKY | Draft letter to John Smart enclosing and addressing draft Stipulation of Settlement and attachments | 1.90 | $395.00 | $750.50 |
| | JKY | Draft proposed tolling agreement | 1.20 | $395.00 | $474.00 |
| | RL | Review Joint Stipulation of Settlement; draft Notice, Proof of Claim, and Proposed Order | 2.00 | $195.00 | $390.00 |
| | RL | Review letter from JKY to Smart regarding settlement proposal | 0.10 | $195.00 | $19.50 |
| | SB | Review emails of electronic filings regarding Motion to Abate; save to network; review email from JKY regarding calendaring Joint Status deadline; calendar entry | 0.00 | $110.00 | $0.00 |
| 05-16-13 | JKY | Finalize proposed settlement documents and email to John Smart | 0.50 | $395.00 | $197.50 |
| | JKY | Phone call with Brad Boyd about proposed settlement docs | 0.30 | $395.00 | $118.50 |
| 05-23-13 | JKY | Emails with John Smart about construction of settlement formula | 0.40 | $395.00 | $158.00 |
| 05-24-13 | RL | Review e-mail between Smart and JKY | 0.10 | $195.00 | $19.50 |
| 06-03-13 | JKY | Initial review an analysis of Defendant's response to settlement proposal | 1.20 | $395.00 | $474.00 |
| 06-04-13 | JKY | Phone call with co-counsel to discuss response to settlement counter-proposal | 0.50 | $395.00 | $197.50 |
| | JKY | Research Defendant's position regarding calculation of overtime rate for purposes of settlement formula | 0.50 | $395.00 | $197.50 |
| | JKY | Continue Research Defendant's position regarding calculation of overtime rate for purposes of settlement formula | 0.90 | $395.00 | $355.50 |
| | JKY | Research possible ways to structure fee as part of settlement in light of Defendant's objections | 1.70 | $395.00 | $671.50 |

| | | | | | |
|---|---|---|---|---|---|
| | RL | Review e-mail from Smart regarding calculation of overtime compensation for settlement | 0.20 | $195.00 | $39.00 |
| | RL | Research regulation regarding calculation of overtime when bonus is given and attorneys' fees provided in settlement of Fair Labor Standards Act Cases | 4.40 | $195.00 | $858.00 |
| 06-05-13 | JKY | Continued legal research on proper method of allocation of performance bonuses for purposes of settlement formula | 2.70 | $395.00 | $1,066.50 |
| | RL | Continue researching issue regarding attorney's fees and settlement in order to modify settlement proposal in light of Defendant's objections | 1.30 | $195.00 | $253.50 |
| 06-06-13 | JKY | Meeting with TJY to construct damages scenarios based on Defendant's proposed calculation and statutory alternatives; notes to file regarding same | 1.50 | $395.00 | $592.50 |
| | SB | Begin preparing Damages Model | 0.50 | $110.00 | $55.00 |
| | TJY | Review damage figures with JKY | 0.50 | $110.00 | $55.00 |
| 06-07-13 | JKY | Continue research on potential method of calculating damages and repercussion to current and potential class members regarding same | 0.80 | $395.00 | $316.00 |
| | JKY | Research potential damages calculation experts | 0.40 | $395.00 | $158.00 |
| | JKY | Meeting with Rhonda to discuss status of damage scenarios | 0.10 | $395.00 | $39.50 |
| | SB | Complete Damages Model | 2.00 | $110.00 | $220.00 |
| 06-08-13 | TJY | Preparation of damage model | 0.80 | $110.00 | $88.00 |
| 06-09-13 | JKY | Review damages spreadsheet comparing calculation alternatives under 778.209(b) | 0.50 | $395.00 | $197.50 |
| | TJY | Continue work on damage model | 0.40 | $110.00 | $44.00 |
| 06-10-13 | JKY | Prepare for and participate in call with John Smart to discuss settlement offer | 1.20 | $395.00 | $474.00 |
| | JKY | Begin drafting response to John Smart accepting and rejecting certain settlement proposals | 0.20 | $395.00 | $79.00 |
| | JKY | Continue drafting detailed counter-settlement proposal to John Smart; make revisions to draft Settlement Agreement | 3.00 | $395.00 | $1,185.00 |
| 06-12-13 | JKY | Finalize settlement proposal to defense counsel and email | 0.20 | $395.00 | $79.00 |
| | RL | Review e-mail from JKY to Smart regarding offer of compromise | 0.10 | $195.00 | $19.50 |

Services Subtotal: $31,702.50