IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MATTHEW WILSON and <br> JOSHUA TATE, Individually and <br> On Behalf of All Others Similarly Situated <br><br> Plaintiffs, <br><br> v. <br><br> ANDERSON PERFORATING, LTD, <br> d/b/a/ API PERFORATING <br><br> Defendant. | § § § § § § § § § § § § § | CIVIL ACTION NO. 5:13-CV-148 |

## JOINT NOTICE REGARDING OPT-IN PLAINTIFF JUSTIN DOBBS' MOTION FOR ENTRY OF FINAL JUDGMENT AND AWARD OF ATTORNEYS' FEES

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW** Opt-In Plaintiff Justin Dobbs ("Dobbs") and Defendant Anderson Perforating, Ltd. d/b/a API Perforating ("Defendant" or "API"), (collectively, the "Parties") by and though their respective attorneys, and file this Joint Notice Regarding Opt-In Plaintiff Justin Dobbs' Motion for Entry of Final Judgment and Award of Attorneys' Fees, and in support thereof, would respectfully show the Court as follows:

1. Defendant made a valid offer of judgment to Dobbs on or about June 14, 2013 in the amount of $19,730.90, plus then-accrued costs and attorneys' fees.

2. Dobbs accepted Defendant's offer of judgment on or about June 28, 2013.

3. The Parties agree that the amount of attorneys' fees and costs to be paid by Defendant with respect to Dobbs' claims are as follows:

- Costs: $0.00

- Attorneys' Fees: $12,898.00

4.     Accordingly, the Parties request that the Court enter final judgment in favor of Dobbs in the amount of $19,730.90 (less required withholdings), plus attorneys' fees in the amount of $12,898.00.

Respectfully submitted,

By: /s/ John D. Smart
**John D. Smart, Esq.**
State Bar No. 18523310
jsmart@winstead.com
**Marcus D. Brown, Esq.**
State Bar No. 24050340
mbrown@winstead.com
**Winstead P.C.**
500 Winstead Building
2728 N. Harwood
Dallas, Texas 75201
(214) 745-5400 - Telephone
(214) 745-5390 - Facsimile

*ATTORNEYS FOR DEFENDANT*

By: /s/ Jeremi K. Young
**Jeremi K. Young**
State Bar No. 24013793
**Rhonda Luginbyhl**
State Bar No. 24074626
**The Young Law Firm, P.C.**
1001 S. Harrison, Suite 200
Amarillo, Texas 79101
(806) 331-1800
(806) 398-9095 (fax)
jyoung@youngfirm.com

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via ECF on all counsel of record in this matter on this 12th day of August, 2013.

/s/ John D. Smart
John D. Smart