UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
AUG 1 4 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | | |
|---|---|---|
| JUSTIN DOBBS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. SA-13-CV-148-XR |
| | § | |
| ANDERSON PERFORATING, LTD., | § | |
| | § | |
| *Defendant.* | § | |

**FINAL JUDGMENT**

This action having been commenced on February 27, 2013, Plaintiff Justin Dobbs having opted in on April 15, 2013, and Anderson Perforating, Ltd., Defendant, having appeared and having offered by notice in writing served on Plaintiff Justin Dobbs to permit judgment against it for $19,730.90, together with costs and attorneys' fees accrued, and Plaintiff Justin Dobbs having accepted Defendant's offer by notice in writing; the offer and notice of acceptance together with proof of service having been filed, as well as a joint notice regarding the amount of costs and fees; and there being no just reason to delay entry of final judgment as to Justin Dobbs's claims,

It is ORDERED and ADJUDGED that Plaintiff Justin Dobbs recover from Anderson Perforating, Ltd. the amount of $19,730.90 (less required withholdings), together with costs in the amount of $0 and attorneys' fees in the amount of $12,898.00, totaling $32,628.90. Post-judgment interest shall accrue at the rate of 0.12%.

SIGNED this 14th day of August, 2013.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE