# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MATTHEW WILSON and § <br> JOSHUA TATE, individually and on § <br> behalf of all others similarly situated, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> ANDERSON PERFORATING, LTD. § <br> d/b/a API PERFORATING, § <br> § <br> *Defendant*. § | Civil Action No. SA-13-CV-00148-XR |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered the Joint Motion to Dismiss with Prejudice filed by Plaintiffs Matthew Wilson and Joshua Tate ("Named Plaintiffs"), individually and on behalf of all others similarly situated, and Defendant Anderson Perforating, Ltd. d/b/a API Perforating ("Defendant"). In addition to the Named Plaintiffs, the following individuals ("Opt-In Plaintiffs") consented to join this Lawsuit and specifically designated Named Plaintiffs as their agents to make decisions on their behalf regarding this litigation, including entering into settlement agreements and all other matters pertaining to the Lawsuit:

1. Daniel Aguilar
2. David Bernal
3. John M. Carter
4. Curry Daniel
5. Kevin Daniel
6. Sergio Enriquez
7. Jason Esparza
8. David Estorga
9. Garet Farmer
10. Jeremy Haynes
11. Ricardo Herrera
12. Daniel Kendrick
13. Wallace Kiesewetter
14. Justin Kirksey
15. Daniel Lugar
16. Antonio Maldonado
17. Richard Maldonado
18. Jerry McGough
19. Julio Moreno
20. Randy Northcutt
21. Joshua Orona
22. Julian Orona
23. Fredy Ramos
24. Alex Rasor
25. Evan Ray
26. Oscar Rincon
27. Richard Schaffer
28. Bobby Smith
29. Jeffrey Taylor
30. Michael Thomas
31. Sean Tindell

Named Plaintiffs, Opt-In Plaintiffs, and Defendant (collectively, the "Parties"), through their respective counsel of record, have advised the Court that bona fide disputes and controversies exist between the Parties, both as to liability for and the amount thereof, if any, as well as to whether any alleged Fair Labor Standards Act violations by Defendant were committed in "good faith," and thus, whether Named Plaintiffs and Opt-In Plaintiffs are entitled to recover liquidated damages. By reason of such disputes and controversies, the Parties have notified the Court that they have reached a settlement. The Court finds that the Motion is well taken and is hereby **GRANTED**.

IT IS ORDERED that all claims, disputes and causes of action that were or could have been asserted in this litigation by Named Plaintiffs and Opt-In Plaintiffs against Defendant in the above-captioned action be, and are hereby, **DISMISSED** with prejudice, and that each party to this action is to bear the costs of court and attorneys' fees incurred by such party, except as provided in the written settlement agreement between the Parties.

SIGNED this 25th day of October, 2013.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE